| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crews, Shane K. | U.S. District Court, Colorado | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Byron G. Rogers United States Courthouse
1929 Stout St, C253
Denver, CO 80294

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | University of Northern Colorado |
| 2. | Director | Colorado Lawyer Trust Account Foundation |
| 3. | Director | CHOICE Education Foundation |
| 4. | Director | Colorado Bar Association Continuing Legal Education |
| 5. | Partner | Hoffman Crews Nies Waggener & Foster LLP |
| 6. | Member | Hoffman Crews Nies LLC |
| 7. | Member | State Bar of Colorado |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Hoffman Nies Dave LLP f/k/a Hoffman Crews Nies Waggener & Foster LLP: receipt of fees collected in the future for work done prior to leaving the firm |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Hoffman Crews Nies Waggener & Foster LLP: earned income (estimated net/partial year) | $117,426.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Monument Academy Charter School: wages for part-time employment |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crews, Shane K. | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Cash Accounts | A | Interest | L | T | | | | | |
| 2. Edward Jones Mutual Funds (H) | | | | | | | | | |
| 3. - American AMCAP C | A | Dividend | J | T | | | | | |
| 4. - American Europacific Growth C | A | Dividend | J | T | | | | | |
| 5. - American Fundamental INV C | A | Dividend | J | T | | | | | |
| 6. - American INTL Growth & Inc C | A | Dividend | J | T | | | | | |
| 7. - American Invest Co of Amer C | A | Dividend | J | T | | | | | |
| 8. - American New Economy C | A | Dividend | J | T | | | | | |
| 9. - American New World C | A | Dividend | J | T | | | | | |
| 10. - American SMALLCAP World C | A | Dividend | J | T | | | | | |
| 11. - American Wash Mutual INV C | A | Dividend | J | T | | | | | |
| 12. SC 529 Age Based 16-18 A | | None | K | T | | | | | |
| 13. SC 529 Age Based 16-18 C | | None | J | T | | | | | |
| 14. SC 529 Age Based 13-15 A | | None | K | T | | | | | |
| 15. SC 529 Age Based 13-15 C | | None | J | T | | | | | |
| 16. SIMPLE IRA (H) | | | | | | | | | |
| 17. - Edward Jones Retirement Money Market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Crews, Shane K. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - iShares MSCI EAFE Small Cap Et | A | Dividend | J | T | | | | | |
| 19. - iShares Core US Aggregate Bond | A | Dividend | J | T | | | | | |
| 20. - iShares Russ MC Growth ETF | A | Dividend | J | T | | | | | |
| 21. - iShares Russ MC Value ETF | A | Dividend | J | T | | | | | |
| 22. - iShares Russ 1000 Value ETF | A | Dividend | J | T | | | | | |
| 23. - iShares Russ 2000 ETF | A | Dividend | J | T | | | | | |
| 24. - iShares S&P 500 Growth ETF | A | Dividend | J | T | | | | | |
| 25. - iShares MSCI EAFE Growth ETF | A | Dividend | J | T | | | | | |
| 26. - iShares MSCI EAFE Value ETF | A | Dividend | J | T | | | | | |
| 27. - Vanguard Value ETF | A | Dividend | J | T | | | | | |
| 28. - Vanguard Large Cap ETF | A | Dividend | J | T | Buy | 06/06/18 | J | | |
| 29. - Vangrd FTSE All-Wrld exUS ETF | A | Dividend | J | T | Buy | 06/06/18 | J | | |
| 30. - Vanguard Ttl BD Market ETF | A | Dividend | J | T | | | | | |
| 31. - Pgim High Yield R6 | A | Dividend | J | T | | | | | |
| 32. - iShares MSCI EAFA ETF (X) | A | Dividend | | | Sold | 06/06/18 | J | A | |
| 33. - SPDR Dow Jones ETF (X) | A | Dividend | | | Sold | 06/06/18 | J | A | |
| 34. - iShares Russ 1000 Growth (X) | A | Dividend | | | Sold | 06/06/18 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crews, Shane K. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   IRA #1 (H) | | | | | | | | | |
| 36.   - Edward Jones Retirement Money Market | A | Int./Div. | J | T | | | | | |
| 37.   - iShares MSCI EAFE Small Cap Et | A | Dividend | J | T | | | | | |
| 38.   - iShares Core US Aggregate Bond | A | Dividend | K | T | | | | | |
| 39.   - iShares Russ MC Growth ETF | B | Dividend | | | Sold | 06/06/18 | J | B | |
| 40.   - iShares Russ MC Value ETF | A | Dividend | K | T | Buy | 06/06/18 | J | | |
| 41.   - iShares Russ 1000 Value ETF | B | Dividend | K | T | | | | | |
| 42.   - iShares Russ 2000 ETF | A | Dividend | K | T | | | | | |
| 43.   - iShares S&P 500 Growth ETF | A | Dividend | K | T | | | | | |
| 44.   - iShares MSCI EAFE Growth ETF | A | Dividend | K | T | | | | | |
| 45.   - iShares MSCI EAFE Value ETF | B | Dividend | K | T | | | | | |
| 46.   - Vanguard Value ETF | A | Dividend | K | T | | | | | |
| 47.   - Vanguard Large Cap ETF | A | Dividend | K | T | Buy | 06/06/18 | K | | |
| 48.   - Vangrd FTSE All-Wrld exUS ETF | B | Dividend | K | T | Buy | 06/06/18 | K | | |
| 49.   - Vanguard Ttl BD Market ETF | B | Dividend | K | T | | | | | |
| 50.   - JPM Federal Money Market I | A | Int./Div. | J | T | | | | | |
| 51.   - Pgim High Yield R6 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crews, Shane K. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - iShares MSCI EAFA ETF (X) | A | Dividend | | | Sold | 06/06/18 | K | C | |
| 53. - iShares Russ 1000 Growth ETF (X) | A | Dividend | | | Sold | 06/06/18 | K | E | |
| 54. - SPDR Dow Jones ETF (X) | A | Dividend | | | Sold | 06/06/18 | K | D | |
| 55. IRA #2 (H) | | | | | | | | | |
| 56. - Edward Jones Retirement Money Market | A | Int./Div. | J | T | | | | | |
| 57. - iShares MSCI EAFE Small Cap Et | A | Dividend | J | T | | | | | |
| 58. - iShares Core US Aggregate Bond | A | Dividend | J | T | | | | | |
| 59. - iShares Russ MC Growth ETF | A | Dividend | J | T | | | | | |
| 60. - iShares Russ MC Value ETF | A | Dividend | J | T | | | | | |
| 61. - iShares Russ 1000 Value ETF | A | Dividend | J | T | | | | | |
| 62. - iShares Russ 2000 ETF | A | Dividend | J | T | | | | | |
| 63. - iShares S&P 500 Growth ETF | A | Dividend | J | T | | | | | |
| 64. - iShares MSCI EAFE Growth ETF | A | Dividend | J | T | | | | | |
| 65. - Shares MSCI EAFE Value ETF | A | Dividend | J | T | | | | | |
| 66. - Vanguard Value ETF | A | Dividend | J | T | | | | | |
| 67. - Vanguard Large Cap ETF | A | Dividend | J | T | Buy | 06/06/18 | J | | |
| 68. - Vangrd FTSE All-Wrld exUS ETF | A | Dividend | J | T | Buy | 06/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crews, Shane K. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Vanguard Ttl BD Market ETF | A | Dividend | J | T | | | | | |
| 70. - PGIM High Yield R6 | A | Dividend | | | | | | | |
| 71. - iShares MSCI EAFE ETF (X) | A | Dividend | | | Sold | 06/06/18 | J | A | |
| 72. - iShares Russ 1000 Growth ETF (X) | A | Dividend | | | Sold | 06/06/18 | J | A | |
| 73. - SPDR Dow Jones ETF (X) | A | Dividend | | | Sold | 06/06/18 | J | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: I resigned my volunteer positions listed in #1 (Trustee), #2 (Director), and #3 (Director) in 2018 prior to my formal appointment to the bench. I also resigned my positions listed in #5 (Partner) and #6 (Member) in 2018 prior to my formal appointment to the bench.

Part I: My position in #2 as a Director of the Colorado Lawyer Trust Account Foundation was a volunteer position--I received no income nor do or did I have a beneficial interest in the principal or income of the funds administered by that organization.

Part III-A: The amount of income shown on this report differs from the amount shown on my Initial Report because the Initial Report provided an estimate only because I had yet to receive a Schedule K-1 for 2018. This report includes the amount of self-employment earnings shown on my Schedule K-1 for 2018.

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 10

Name of Person Reporting

Crews, Shane K.

Date of Report

05/08/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shane K. Crews**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544